

# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2015

No. 04-14-00602-CR

Kenneth **MUNA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 12715CR
Robert Cadena, Judge Presiding

## ORDER

The State's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the State's brief is this date GRANTED.  Time is extended to February 2, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc: Fred Hernandez      Jack R. Stern
   Val Verde County Assistant District Attorney 525 South Main, Suite 309
   P.O. Box 1405       Del Rio, TX 78840
   Del Rio, TX 78841